IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUN 08 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| LESLIE LAVIE, a/k/a LESLIE STIMSON,<br><br>Plaintiff,<br><br>vs.<br><br>LORI ANDREACHUK,<br><br>Defendant. | CV 17-17-M-DWM<br><br>ORDER |

The plaintiff having filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 7th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court